

FILED
CLERK, U.S. DISTRICT COURT

NOV 2 2 2023

CENTRAL
BY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

   vs.

Juan Moreno

      Defendant.

Case No.: 8:17-CR-00145-RGK-1

ORDER OF DETENTION AFTER HEARING
[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)]

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Cen. Dist. Cal.__ , for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ☑ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __allegations of whereabouts unknown__

and/or

B.  (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ____ some ____

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

DATED: __11/22/23__          _____
                                        KAREN E. SCOTT
                                        UNITED STATES MAGISTRATE JUDGE